AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of MASSACHUSETTS

DIRECTV, Inc.

V.

James P. Murray

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03 - 30279 - MAP

TO: (Name and address of Defendant)

James P. Murray
255 Elizabeth Drive
Ludlow, MA 01056

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE   11/20/03

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

February 19, 2004

I hereby certify and return that on 2/18/2004 at 01:59 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of JAMES P. MURRAY, , 255 ELIZABETH Drive, , LUDLOW, MA 01056, and by mailing 1ˢᵗ class to the above address on 2/18/2004. Attestation x 2 ($10.00), Conveyance ($4.50), Travel ($9.60), Basic Service Fee ($20.00), Mailing ($3.00) Total Charges $47.10

Deputy Sheriff DANIEL D. LARROW

_____
*Deputy Sheriff*

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                    Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.