UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>James P. Murray )<br>)<br>Defendant ) | CIVIL ACTION<br>NO. 03-30279-MAP<br><br>ASSENTED TO MOTION TO<br>RESCHEDULE HEARING |

The Plaintiff moves this court for an order rescheduling the case management conference presently calendared for May 13, 2004 at 11:30 a.m.

As grounds for this motion the Plaintiff asserts that:

1. Plaintiff's counsel is presently scheduled for two hearings on two separate cases on the same date and approximate time in Boston Federal District Court;

2. The Defendant assents to this motion.

3. The plaintiff is moving to postpone the one case in the Western District rather then attempting to postpone the two cases in Boston simply as a matter of Judicial economy.

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has contacted the Defendant's Counsel and Defendant's Counsel assents to this motion.

4. If this court grants this motion and Defendant's counsel does not receive notice electronically, plaintiff will make certain notice of the postponement reaches Defendant's counsel.

Attorney for Plaintiff/DIRECTV, Inc.

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| DIRECTV, Inc. | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) NO. 03-30279-MAP |
| vs. | ) |
| | ) |
| | ) AFFIDAVIT IN SUPPORT OF |
| James P. Murray | ) PLAINTIFF'S ASSENTED TO MOTION |
| | TO RESCHEDULE HEARING |
| Defendant | |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action.

2. I am a member of the Law Firm of McLaughlin Sacks, LLC;

3. I presently have a conflict with the scheduled date/time for the scheduling conference in this action.

4. Presently I am also scheduled for similar hearings at 2:15 p.m. and 3 p.m. in Federal District Court in Boston Massachusetts.

5. While discussing the issues required to be discussed with an attorney from Defendant's counsel's firm I requested that she assent to rescheduling this scheduling conference in light of my conflict with two cases in Boston.

Page 1

6. Defendant's counsel stated that she did not believe this would be a problem;

7. I informed her I would send her a draft of the motion to reschedule;

8. Early in the week of May 3, 2004 I sent by e-mail a draft of an assented to Motion to reschedule to Defendant's counsel;

9. Today counsel for the Defendant called me to tell me the Defendant assents to my motion

10. Counsel for Defendant also informed me that they receive their notices electronically from this Court, should this motion be granted they should receive notice electronically.

Subscribed and sworn to, under the pains and penalties of perjury, this ___ day of May 2004.

John M. McLaughlin
McLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page    2

## CERTIFICATE OF SERVICE

In a good faith attempt, I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ___7___ day of May 2004, a copy of the foregoing Motion for re-scheduling and affidavit in support were mailed first class in send e-mail to:

Thomas A. Kenefick
73 Chestnuy St.
Springfield, MA 01103

_____
John M. McLaughlin, Esq.

Page    3