UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,             )
       Plaintiff  )
                           )
                           )
    v.                   )     Civil Action No. 03-30279-MAP
                           )
                           )
JAMES P. MURRAY,           )
                           )
       Defendant  )

REVISED SCHEDULING ORDER
June 2, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held on May 25, 2004:

1. The parties shall appear for a further scheduling conference on July 30, 2004, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge