AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DIRECTV, INC.

V.

JAMES P. MURRAY

**NOTICE**

CASE NUMBER: 03-30279-MAP

TYPE OF CASE:

☒ CIVIL          CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENC

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **7/30/04 at 10:30 a.m.** | **September 24, 2004 at 11:00 a.m.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| July 27, 2004 | /s/ Bethaney A. Healy |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:    All Counsel of Record