UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC., a California Corporation
           Plaintiff(s)

V.

JAMES P. MURRAY
           Defendant(s)

CIVIL ACTION

NO. 03-30279-KPN

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE NEIMAN

SWARTWOOD, M.J.

On September 20, 2004 I held the following ADR proceeding:

    ____ EARLY NEUTRAL EVALUATION    X MEDIATION
    ____ MINI-TRIAL    ____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE

All parties were represented by counsel.

The parties were present in person or by authorized corporate officer [except _____].

The case was:

[X]    Settled. Your clerk should enter a 30 day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
    _____
    _____

September 20, 2004           /s/Charles B. Swartwood, III
    DATE           UNITED STATES MAGISTRATE JUDGE

(adrrpt. - 01/96)           [adrrpt.]