UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,          )
      Plaintiff   )
                    )
   v.                )   Civil Action No. 03-30279-KPN
                    )
JAMES P. MURRAY,        )
      Defendant   )

SETTLEMENT ORDER OF DISMISSAL
October 21, 2004

The court, having been advised on September 20, 2004 , that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk